**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1306

BENNIE JAY EATMON,

Plaintiff - Appellant,

versus

B.D. MORGAN, INCORPORATED; BILLY D. MORGAN,
individually; E.L. ROSS, INCORPORATED; MACKIE
ROGERS, individually; BILLY ELLINGTON,
individually; PHIL HICKS, individually;
FEDERAL CROP INSURANCE CORPORATION; JOHN DOE;
JANE JANNELL DOE, RN,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle,
District Judge. (CA-02-745-5-BO; CA-02-746-5-BO)

Submitted: October 3, 2005          Decided: October 20, 2005

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bennie Jay Eatmon, Appellant Pro Se. Franklin LeVerne Adams, Jr.,
VALENTINE, ADAMS & LAMAR, L.L.P., Nashville, North Carolina; Derek
Morgan Crump, BROWN, CRUMP, VANORE & TIERNEY, Raleigh, North
Carolina; Rudolf A. Renfer, Jr., Assistant United States Attorney,
Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bennie Jay Eatmon appeals the district court's order granting Defendants' motions for judgment on the pleadings and for summary judgment and dismissing his civil action. He also appeals the district court's denial of his subsequent motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Eatmon v. B.D. Morgan, Inc., No. 5:02-CV-745-BO(3) (E.D.N.C. Mar. 16, 2004); Eatmon v. B.D. Morgan, Inc., No. 5:02-CV-745-BO(3) (E.D.N.C. Jan. 12, 2005). We deny Eatmon's motion to stay. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED